**Naomi Levelle Haslitt, OSB No. 075857**
naomi.haslitt@millernash.com
**Taylor D. Richman, OSB No. 154086**
taylor.richman@millernash.com
MILLER NASH GRAHAM & DUNN LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204
Telephone:  503.224.5858
Facsimile:  503.224.0155

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **EHVAN SCHECTMAN**,<br><br>          Plaintiff,<br><br>     v.<br><br>**UNIVERSITY OF OREGON SCHOOL OF LAW**, an Oregon State public entity; **NICOLE COMMISSIONG**, individually and as Assistant of defendant **UNIVERSITY OF OREGON SCHOOL OF LAW** and **DOES 1 through 20**, inclusive,<br><br>          Defendants. | Case No. 6:17-cv-000-46-MC<br><br>JOINT PROPOSED DISCOVERY PLAN |

Counsel for the plaintiff and defendants held an initial discovery planning conference on August 9, 2017, and thereafter conferred by e-mail and telephone on a proposed joint discovery plan.  The parties respectfully submit the following discovery plan pursuant to Fed R Civ P 26(f):

Page 1 -     Joint Proposed Discovery Plan

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4831-8339-8737.1

A.   **Required Disclosures (Fed R Civ P 26(a))**.

The parties agreed to exchange initial disclosures by or before September 8, 2017. The parties do not propose any other changes to the time, form, or requirement for disclosures under Rule 26(a).

B.   **Discovery Scope and Limits (Fed R Civ P 26(b))**.

The parties anticipate that discovery in this action may include the following subjects:

   a.   Plaintiff's alleged disability;

   b.   The facts and circumstances of the process for offering and/or providing plaintiff with any modifications of policies, practices, or procedures;

   c.   The facts and circumstances of the University's emergency temporary suspension of plaintiff;

   d.   The facts and circumstances of plaintiff's withdrawal from the University of Oregon School of Law; and

   e.   Plaintiff's alleged damages.

The parties propose that discovery be conducted in two phases, with the general discovery phase ending on February 8, 2018, and the expert discovery phase ending on April 8, 2018.

C.   **Issues About Disclosure, Discovery or Electronically-Stored Information (Fed R Civ P 26(f)(3)(C))**.

The parties have conferred on the types of electronically-stored information each anticipates seeking in discovery. If any such issues arise regarding the discovery, disclosure, or preservation of electronically-stored information, the parties will attempt to resolve them before seeking the Court's assistance.

The parties will produce electronically-stored information in printed form when possible.

Page 2 -   Joint Proposed Discovery Plan

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4831-8339-8737.1

**D.     Issues About Claims of Privilege or of Protection as Trial Preparation Materials (Fed R Civ P 26(f)(3)(D)).**

The parties have conferred about potential issues regarding claims of privilege. Defendants have raised as a potential issue that plaintiff's representation in this matter by his father, Mr. Steven Schectman (plaintiff is also represented by local counsel Andrew Lewinter), may give rise to issues regarding whether and to which communications an attorney-client privilege would attach with respect to communications between Mr. Schectman and plaintiff, and particularly with respect to communications regarding the underlying factual allegations giving rise to plaintiff's claims.

If any of the above becomes an issue, the parties will attempt to resolve it before seeking the Court's assistance.

**E.     Changes to Limitations on Discovery Under Rules (Fed R Civ P 26(f)(3)(E)).**

The parties do not propose any changes to the limitations on discovery or any other limitations.

**F.     Any Other Orders Under Rule 26(c) or Rule 16 (Fed R Civ P 26(f)(3)(F)).**

At this time, the parties are unaware of any issues that would require the Court to issue orders under Fed R Civ P 26(c) or Fed R Civ P 16(c). The parties request that the Court issue a scheduling order under Fed R Civ P 16(b) in accordance with the parties' agreed-upon discovery plan set forth in Sections A and B, above.

DATED this 9th day of October, 2017.

MILLER NASH GRAHAM & DUNN LLP

s/Steven Schectman
Steven Schectman (*admitted pro hac vice*)
Andrew Lewinter, OSB No. 080031

*Attorneys for Plaintiff Ehvan Schectman*

s/Naomi Levelle Haslitt
Naomi Levelle Haslitt, OSB No. 075857
Taylor D. Richman, OSB No. 154086

*Attorneys for Defendants*

Page 3 -    Joint Proposed Discovery Plan

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON 97204

4831-8339-8737.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9th, 2017, I electronically filed the foregoing Joint Proposed Discovery Plan with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

DATED this 9th day of October, 2017.

s/Naomi Levelle Haslitt
Naomi Levelle Haslitt, OSB No. 075857

*Of Attorneys for Defendants*

Page 1 -   Certificate of Service

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
TELEPHONE: 503.224.5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

4831-8339-8737.1