**From:** Steven Schectman <scheclaw@gmail.com>
**Sent:** Tuesday, January 16, 2018 2:27 PM
**To:** Richman, Taylor D.; Haslitt, Naomi
**Subject:** Document Production

Counsel:

I have sent, by FedEx (771231643119), our production of documents, most of which were provided to your office at the outset of litigation prior to any formal document request in this matter. These documents have been handwritten numbers P0001-P00196.

There are still some outstanding documents from Dr. Aglioni's more recent services as well as Kaiser's Oakland psychiatric department and Alta Bates Summit Medical Center Berkeley Campus. I am hopeful that I will be able to send these documents within 7-10 business dates.

We are also prepared to provide both Ehvan and I for deposition as soon as you let us know what dates work for you.

Thanks.

--
Steven Schectman
Pacific Law
111 Myrtle Ave., Suite 201
Oakland, CA 94607
510-868-9980